NUMBER 13-07-00702-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

SEA WOLF MARINE TOWING, INC., Appellant,


v.



ENRIQUE ESTEVAN, Appellee.

 

_____________________________________________________________


On appeal from the 139th District Court of Hidalgo County, Texas.


______________________________________________________________



MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment entered by the 139th District Court
of Hidalgo County, Texas, in cause number C-3044-05-C. The parties have filed a joint
motion to dismiss the appeal and request that this Court dismiss the appeal. 

 The Court, having considered the documents on file and the joint motion to dismiss
the appeal, is of the opinion that the motion should be granted. See Tex. R. App. P.
42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In
accordance with the agreement of the parties, costs are taxed against the party incurring
them. Having dismissed the appeal at the parties' request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and filed 

this the 12th day of February, 2009.